Imogene Granbery, Appellant, v. Waddell & Emerson Stage Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John Sherman Hoyt, Appellant, v. Alfred E. Steers, as President of the Borough of Brooklyn, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Rosa Hertz, Appellant, v. The Warden of the City Prison of the City of New York, Respondent. — Order affirmed. No opinion.

Charles A. Weeks, Respondent, v. The Bonney-Floyd Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William J. McLoughlin, Respondent, v. Edna McLoughlin, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion granted allowing to defendant alimony at the rate of five dollars per week, and a counsel fee of fifty dollars. No opinion. Order to be settled on notice.

Emma L. Hall, Respondent, v. Augustus H. Hall, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Vitacrescenza Summo, as Administratrix, etc., of Vito A. Summo, Deceased, Respondent, v. Snare & Triest Company and Steel and Masonry Contracting Company, Appellants.— Order modified by striking from the order for examination the provision authorizing an examination with respect to the matters set out in the affidavit and in subdivisions 1 and 9 of said order. As so modified order affirmed, without costs. No opinion. Order to be settled on notice.

The People of the State of New York v. Raphael Debiase. The People of the State of New York v. Alice Johnson. The People of the State of New York v. Bella La Friel. The People of the State of New York v. George Malone. The People of the State of New York v. Robert Ormsby. — Motions to dismiss granted.

The People of the State of New York v. Benjamin Jaglowsky. The People of the State of New York v. Arden Noblett. The People of the State of New York v. Eugene Ruffian.— Motions granted unless appellants comply with terms stated in order.

Adolph B. Mayer v. Wallace G. Raudenbush.— Motion granted unless appellant complies with terms stated in order.

Walter M. Rosebault v. Ford Leather Company.— Motion granted, with ten dollars costs.

Benjamin Steinman v. Eva K. Conlon.— Motion granted unless appellant complies with terms stated in order.

Elmer E. Hawes v. Isabelle B. Hawes.— Motion denied, with ten dollars costs, on the ground that this court will not proceed until the stay contained in the order of the United States District Court is vacated.

Tony Maneri v. Adrian H. Joline and Another.— Motion granted, with ten dollars costs.

Snowber & Smith v. Moe Loeb.— Application denied, with ten dollars costs. Order signed.